Nos. 251 and 252. SMITH v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Henry E. Kahn* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller* and *Mahlon D. Kiefer* for the United States.

No. 255. IHRIE v. REICHELDERFER ET AL. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George C. Gertman* for petitioner. *Messrs. William W. Bride, Vernon E. West,* and *Francis H. Stephens* for respondents.

No. 256. WINNE ET AL., RECEIVERS, v. SILBERBERG. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Merritt Lane* for petitioners. *Mr. Samuel Kaufman* for respondent.

No. 257. R. L. HEFLIN, INC. v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Wm. S. Hammers* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Erwin N. Griswold* for the United States.

No. 258. JOHNSON v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Herman L. Arterberry* for petitioner. *Solicitor General Thacher* and

632

*Messrs. Neil Burkinshaw, Paul D. Miller,* and *Erwin N. Griswold* for the United States.

No. 263. Loiza Sugar Co. *v.* Porto Rico. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. David A. Buckley, Jr.,* for petitioner. *Messrs. Wm. Cattron Rigby, Fred W. Llewellyn, Charles E. Winter,* and *Blanton Winship* for respondent.

No. 265. Warner *v.* Tennessee Products Corp. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John Boyle, Jr.,* for petitioner. *Mr. S. E. Darby* for respondent.

No. 267. Tracy *v.* Commissioner of Internal Revenue; and

No. 268. Huron Building Co. *v.* Same. October 17, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *J. P. Jackson* for respondent.

No. 269. Simon *v.* United States. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frederic C. Scofield* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Melville Church,* and *Bradley B. Gilman* for the United States.